UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CRAIG M. MILLER, | ) | 2:11-CV-01724-PMP-PAL |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BRIAN HENRY, *et al.,* | ) | |
| Defendants. | ) | |

Having read and considered Defendant Brian Henry and Hatched Development, Inc.'s fully briefed Motion to Dismiss (Doc. #5) filed November 1, 2011, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #5) is **DENIED.**

DATED: December 15, 2011.

PHILIP M. PRO
United States District Judge