UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRAIG M. MILLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIAN HENRY, *et al.,*<br><br>　　　　　Defendants. | 2:11-CV-01724-PMP-PAL<br><br><u>ORDER</u> |

Having read and considered Defendant Brian Henry and Hatched Development, Inc.'s fully briefed Motion to Dismiss (Doc. #5) filed November 1, 2011, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #5) is **DENIED.**

DATED: December 15, 2011.

_____
PHILIP M. PRO
United States District Judge